No. 644. STEELE *v.* NEW YORK. February 4, 1935. Petition for writ of certiorari to the Supreme Court of New York, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. James Steele, pro se.* No appearance for respondent.

No. 655. KNIGHT *v.* ADERHOLD, WARDEN. February 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Miss Reba Ray Knight, pro se.* No appearance for respondent.

No. 562. JORDAHL ET AL. *v.* IRVING TRUST Co., TRUSTEE IN BANKRUPTCY, ET AL. February 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. William Cattron Rigby* for petitioners. *Messrs. Emanuel Weitz, Albert C. Wall,* and *Eli Whitney Debevoise* for respondents.

No. 593. BOWLES *v.* UNITED STATES. February 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Norman S. Bowles, pro se. Solicitor General Biggs* and *Messrs. James W. Morris* and *John H. McEvers* for the United States.

No. 595. JONES *v.* NATIONAL BANK OF CHESTER COUNTY ET AL. February 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Charlotte F. Jones, pro se.* No appearance for respondents.